■  CLIFTON SPRINGS HOSPITAL AND CLINIC, Respondent, v LEONARD A. CHAPMAN, Individually and as Executor of NELLIE A. CHAPMAN, Deceased, Appellant.—Judgment unanimously affirmed, with costs for the reasons stated in the memorandum decision at Special Term, Provenzano, J. (Appeal from judgment of Ontario Supreme Court—summary judgment.) Present—Marsh, P. J., Dillon, Hancock, Jr., Schnepp and Witmer, JJ.

■  In the Matter of PETER TASEVSKI, an Infant, by ALEX TASEVSKI, His Father, et al., Respondents, v CITY OF LACKAWANNA, Appellant.—Order unanimously reversed, without costs and motion denied. (See *Matter of Beary v City of Rye,* 44 NY2d 398.) (Appeal from order of Erie Supreme Court—late notice of claim.) Present—Marsh, P. J., Dillon, Hancock, Jr., Schnepp and Witmer, JJ.